IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Application of BARNWELL ENTERPRISES LTD and JITENDRA CHHOTABHAI PATEL for an Order Permitting Discovery Under 28 U.S.C. § 1782 | : : : : Civil Action No. _____ : : : |

## APPLICATION OF BARNWELL ENTERPRISES LTD AND JITENDRA CHHOTABHAI PATEL FOR AN ORDER PERMITTING DISCOVERY UNDER 28 U.S.C. § 1782

Petitioners, Barnwell Enterprises LTD and Jitendra Chhotabhai Patel, by and through their undersigned counsel and pursuant to 28 U.S.C. § 1782, petition this Court for an Order permitting the Applicants to take expedited discovery from Emerging Capital Partners, a resident of the District of Columbia, for use in litigation currently pending in the in the courts of Uganda and Mauritius against, *inter alia*, ECP Africa FII Investments LLC, and possibly other proceedings yet to be filed.

The grounds for this Application are set forth in the accompanying Memorandum of Law in Support of this Application.

The discovery sought by Petitioners is detailed in the proposed subpoena and schedule A attached as Exhibit A to the Memorandum.

In further support of this Application, the Petitioners submit the accompanying Declaration of Jitendra Chhotabhai (JC) Patel In Support Of Petitioner's Application For An Order Permitting Discovery Under 28 U.S.C. § 1782, attached to which are thirty (30) exhibits.

A proposed order also accompanies this Application.

DM1\7440550.1

WHEREFORE, the Petitioners respectfully request that this Court enter an Order permitting service of the proposed subpoena on Emerging Capital Partners.

    Respectfully Submitted,

    DUANE MORRIS LLP

    By: _/s/ Joseph S. Ferretti_
    Joseph S. Ferretti, D.C. Bar No. 485996
    505 9th Street, NW, Suite 1000
    Washington, DC 20004-2166
    P: 202.776.7863
    F: 202.478.2811
    jsferretti@duanemorris.com

Dated: December 21, 2016

*Attorneys for Barnwell Enterprises Limited and JC Patel*